UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIAM MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV620-033 |
| | ) | |
| KATHY PALMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 6, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and the Clerk of Court is **DIRECTED** to close this case. All pending motions are **DISMISSED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA